# United States District Court for the Northern District of Illinois

Case Number: 07CV6983          Assigned/Issued By: J. N.

Judge Name: LEFKOW             Designated Magistrate Judge: SCHENKIER

---

## FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____           Receipt #: 2396992_____

Date Payment Rec'd: 12-12-07       Fiscal Clerk: J. N._____

---

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_1_ Original and _1_ copies on _12-12-07_ as to _DEFENDANT_____
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05