AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

IRON WORKERS' MID-AMERICA PENSION PLAN, et al.

V.

FENCE BUILDERS OF ILLINOIS, INC., an Illinois corporation

CASE NUMBER: **07 C 6983**

ASSIGNED JUDGE: **JUDGE LEFKOW**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Fence Builders of Illinois, Inc.
c/o Richard E. Bruns, Registered Agent
321 W Maple
PO Box 489
New Lenox, IL  60451

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_/s/ Paula Harrison_
(By) DEPUTY CLERK

December 12, 2007
Date

```
CASE NUMBER. 016 2007-C-006983    001          WILL COUNTY SHERIFF'S OFFICE
------------------------------------------    =============== ATTORNEY ===============
                                              BAUM SIGMAN AUERBACH & NEUMAN
IRON WORKERS' MID-AMERICA PENSION PLAN        200 WEST ADAMS STREET        PAID
    -VS-                                      SUITE 2200
FENCE BUILDERS OF ILLINOIS, INC.              CHICAGO, IL 60606            DEC 14 2007
                                              (312) 236-4316
=========== DESCRIPTION =============         ========= ATTEMPTED SERVICES =========
                                                 DATE            TIME          BADGE #
SUMMONS & COMPLAINT

ISSUED: 12/14/07   EXPIRES:  1/12/08
FEES:    47.00     EVC/DEP:


======== PERSON TO BE SERVED =========

FENCE BUILDERS OF ILLINOIS, INC.              NOTES:
321 W. MAPLE                                  SERVE RICHARD E. BRUNS, REGISTERED
NEW LENOX, IL 60451                           AGENT
```

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ SUBPEONA ___ NOTICE ___ JUDGEMENT ___ SUMMONS/PETITION FOR ORDER OF PROTECTION ___ ORDER OF PROTECTION. ___ CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION ___ NOTICE ___ JUDGEMENT ___ ORDER OF POSSESSION AT THE USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) ✓ SERVICE ON: ___ CORPORATION ___ COMPANY ___ BUSINESS by leaving a COPY OF THE ✓ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ NOTICE ___ JUDGEMENT ___ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___ CERTIFIED MAIL ___ POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED:
   ___ MOVED        ___ NOT LISTED        ___ RETURNED BY ATTY.   ___ EXPIRED
   ___ NO CONTACT   ___ NO SUCH ADDRESS   ___ DECEASED            ___ OTHER REASON

PERSON TO BE SERVED: FENCE BUILDERS OF ILLINOIS, INC
SERVING ADDRESS: 321 W MAPLE NEW LENOX IL
WRIT SERVED ON: RICHARD BRUNS            RELATIONSHIP: REG AGENT
SEX M (M/F)  RACE W  DOB 10-9-41  66
THIS 17TH DAY OF DEC 20 07  TIME 9:31 HOURS
PAUL J. KAUPAS, SHERIFF, BY [signature]          DEPUTY # 00-350
REMARKS: _____
TMC73481500