IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| | ) ) | NO. 07 C 6983 |
| vs. | ) ) | |
| | ) | JUDGE JOAN H. LEFKOW |
| FENCE BUILDERS OF ILLINOIS, INC., an Illinois corporation, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO:  Mr. Richard E. Bruns, Registered Agent          Mr. Gerald Cuthbertson
     Fence Builders of Illinois                     Fence Builders of Illinois, Inc.
     321 W. Maple                                   1129 E. Treeline Drive
     PO Box 489                                     Lockport, IL  60441
     New Lenox, IL  60451

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(I), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: pryan@baumsigman.com
I:\MIDJ\Fence Builders of IL\notice of dismissal.pnr.df.wpd

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 10th day of March 2008:

| | |
|---|---|
| Mr. Richard E. Bruns, Registered Agent<br>Fence Builders of Illinois<br>321 W. Maple<br>PO Box 489<br>New Lenox, IL   60451 | Mr. Gerald Cuthbertson<br>Fence Builders of Illinois, Inc.<br>1129 E. Treeline Drive<br>Lockport, IL   60441 |

                                          /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Fence Builders of IL\notice of dismissal.pnr.df.wpd