## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Iron Workers' Mid–America Pension Plan, et al.
                                                           Plaintiff,

v.                                                         Case No.: 1:07–cv–06983
                                                           Honorable Joan H. Lefkow

Fence Builders of Illinois, Inc.
                                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

    MINUTE entry before Judge Joan H. Lefkow :Pursuant to Notice of Voluntary Dismissal [11], case dismissed without prejudice. Status hearing of 3/27/2007 stricken. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.